FILED

1   Ryan Lee, Esq. (SBN 235879)
    Krohn & Moss, Ltd.

2013 AUG 22  AM 11: 07

2   10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA  90025

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

3   T: (323) 988-2400; F: (866) 861-1390
    rlee@consumerlawcenter.com

BY:_____

4   Attorneys for Plaintiff,
    RONALD PATTON

5

# UNITED STATES DISTRICT COURT
6
## CENTRAL DISTRICT OF CALIFORNIA
7
### WESTERN DIVISION

8   RONALD PATTON,

Case No. **CV 13-06172 - GW (JEMx)**

9       Plaintiff,

10     v.

**VERIFIED COMPLAINT**

11   UNIVERSAL FIDELITY, LP,

**(Unlawful Debt Collection Practices)**

12       Defendant.

13

RECEIVED
CLERK, U.S. DISTRICT COURT

14

AUG 2 1 2013

15

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

16

## VERIFIED COMPLAINT

17   RONALD PATTON (Plaintiff), by his attorneys, KROHN & MOSS, LTD.,

18   alleges the following against UNIVERSAL FIDELITY, LP, (Defendant):

19

## INTRODUCTION

20

21   1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection

22   Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

23   2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt

24   Collection Practices Act, Cal. Civ. Code §1788 *et seq* (RFDCPA).

25

## JURISDICTION AND VENUE

- 1 -

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant does business is in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Long Beach, County of Los Angeles, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection law firm with offices in Andover, Massachusetts.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt owed to Pensco.

- 2 -

12. Defendant places collection calls to Plaintiff at phone number (562) 277-69XX.

13. Defendant places collection calls from phone numbers including, but not limited to, 281-647-4155.

14. Plaintiff has advised Defendant that he no longer owes the debt in question and has provided Defendant with proof of final payment.

15. Despite Plaintiff providing proof to Defendant that the debt is no longer owed, Defendant continues to place collection call seeking and demanding payment.

16. On June 3, 2013, counsel for Plaintiff sent a draft Complaint and settlement demand to counsel for Defendant, thereby informing Defendant that Plaintiff was represented by counsel.

17. Despite being informed that Plaintiff was represented by counsel, Defendant placed at least four (4) collection calls to Plaintiff, including a calls on or around the following dates and times: June 19, 2013 at 8:27 A.M.; June 20, 2013 at 9:13 A.M.; June 21, 2013 at 9:30 A.M.; June 25, 2013 at 10:55 A.M.; June 29, 2013 at 9:40 A.M.; July 1, 2013 at 9:38 A.M.; July 3, 2013 at 9:40 A.M.; July 5, 2013 at 8:43 A.M.; and July 10, 2013 at 8:13 A.M.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(a)(2) of the FDCPA by contacting Plaintiff after receiving notice that Plaintiff was represented by counsel;

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the

- 3 -

natural consequence of which is to harass, oppress, or abuse Plaintiff;

c. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

d. Defendant violated §1692e by false, deceptive, or misleading representation or means in connection with the debt collection;

e. Defendant violated §1692e(2) of the FDCPA by misrepresenting the legal character, amount, or legal status of any debt;

WHEREFORE, Plaintiff, RONALD PATTON requests that judgment be entered against Defendant, UNIVERSAL FIDELITY, LP, for the following:

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

24. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

25. Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

26. Defendant violated the RFDCPA based on the following:

a. Defendant violated §1788.11(d) of the RFDCPA by placing collection calls to Plaintiff repeatedly and continuously so as to

- 4 -

1    annoy Plaintiff;

2        b.    Defendant violated §1788.11(e) of the RFDCPA by placing

3              collection calls to Plaintiff with such frequency as to be

4              unreasonable and to constitute a harassment to Plaintiff under

5              the circumstances;

6        c.    Defendant violated §1788.14(c) of the RFDCPA by initiating

7              communication with Plaintiff after receiving written notice that

8              Plaintiff was represented by counsel;

9        d.    Defendant violated the §1788.17 of the RFDCPA by

10             continuously failing to comply with the statutory regulations

11             contained within the FDCPA, 15 U.S.C. § 1692 *et seq*.

12       WHEREFORE, Plaintiff, RONALD PATTON requests that judgment

13   be entered against Defendant, UNIVERSAL FIDELITY, LP, for the following:

14       27.   Statutory damages pursuant to the Rosenthal Fair Debt Collection

15   Practices Act, *Cal. Civ. Code §1788.30(b)*,

16       28.   Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair

17   Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and

18       29.   Any other relief that this Honorable Court deems appropriate.

19

20

21

22

23

24

25

1

2  RESPECTFULLY SUBMITTED,

3  DATED:  August 14, 2013                KROHN & MOSS, LTD.

4

5                                         By:

6                                             Ryan Lee
                                             Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 6 -

PLAINTIFF'S COMPLAINT

1    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2    STATE OF CALIFORNIA

3       Plaintiff, RONALD PATTON, states as follows:

4      1.   I am the Plaintiff in this civil proceeding.
       2.   I have read the above-entitled civil Complaint prepared by my attorneys
5           and I believe that all of the facts contained in it are true, to the best of my
            knowledge, information and belief formed after reasonable inquiry.
6      3.   I believe that this civil Complaint is well grounded in fact and warranted
            by existing law or by a good faith argument for the extension,
7           modification or reversal of existing law.
       4.   I believe that this civil Complaint is not interposed for any improper
8           purpose, such as to harass any Defendant(s), cause unnecessary delay to
            any Defendant(s), or create a needless increase in the cost of litigation to
9           any Defendant(s), named in the Complaint.
       5.   I have filed this Complaint in good faith and solely for the purposes set
10          forth in it.
       6.   Each and every exhibit I have provided to my attorneys which has been
11          attached to this Complaint is a true and correct copy of the original.
       7.   Except for clearly indicated redactions made by my attorneys where
12          appropriate, I have not altered, changed, modified or fabricated these
            exhibits, except that some of the attached exhibits may contain some of
13          my own handwritten notations.

14        Pursuant to 28 U.S.C. § 1746(2), I, RONALD PATTON, hereby declare
     (or certify, verify or state) under penalty of perjury that the foregoing is true and
15   correct.

16

17      DATE: 6/28/2013           *Ronald Patton*

18                            RONALD PATTON

19

20

21

22

23

24

25

-7-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ George H. Wu _____ and the assigned Magistrate Judge is _____ John E. McDermott _____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-CV-6172-GW (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U.S. District Court

August 22, 2013
_____
Date

By  MDAVIS
_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| RONALD PATTON | UNIVERSAL FIDELITY, LP |

| (b) Attorneys (Firm Name, Address and Telephone Number If you are representing yourself, provide same) | Attorneys (If Known) |
|---|---|
| Krohn & Moss, Ltd.; Ryan Lee, Esq. 10474 Santa Monica Blvd., Suite 405; Los Angeles, CA 90025 (323) 988-2400 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc Security Act |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV13-06172**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

VIII(b).  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Houston, TX |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date August 14, 2013

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |