Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RONALD PATTON

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| RONALD PATTON, | Case No.: 2:13-cv-06172-GW-JEM |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| UNIVERSAL FIDELITY, LP, | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, RONALD PATTON, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice. Plaintiff requests that the court retain jurisdiction over the parties for the limited purpose of enforcement of the settlement agreement.

Dated: January 29, 2014                                     KROHN & MOSS, LTD.


                                                                                    By:    /s/ Ryan Lee, Esq.
                                                                                    Ryan Lee, Esq.
                                                                                    Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq. 

Ryan Lee, Esq